```
                        United States Bankruptcy Court
                         Eastern District of California
```

In re:                                                                                                                                       Case No. 09-14578-A  
California Business Furnishings, Inc.                            Chapter 7  
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0972-1           User: smis            Page 1 of 1              Date Rcvd: Jan 20, 2015  
                              Form ID: L51           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2015.
```
tr             +Robert A. Hawkins,    1849 N Helm #110,    Fresno, CA 93727-1624
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                           TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2015                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2015 at the address(es) listed below:  
NONE.                                                                                                                                 TOTAL: 0

FORM L51 Final Decree (v.9.14)　　　　　　　　　　　　　　　　　09–14578 – A – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## FINAL DECREE

**Case Number:**　09–14578 – A – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

California Business Furnishings, Inc.

77–0084701
4869 N Harrison #107
Fresno, CA 93704

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Contract Interiors – Fresno

**Trustee:**　　Robert A. Hawkins
1849 N Helm #110
Fresno, CA 93727

**Telephone Number:**　　559–255–0555

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:　501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:　2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above–entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:　　　　　　　　　　　　　　　　　　　For the Court,
1/20/15　　　　　　　　　　　　　　　　　　Wayne Blackwelder , Clerk